DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Nathan Bradley Montgomery<br><br>Defendant(s). | Criminal No.  16 Cr. 407 (JLL)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant Nathan Bradley Montgomery submitted sentencing materials to the Court in this case.

Date:   April 15, 2019

By:   /s Brandon D. Minde
      _____
      Dughi, Hewit & Domalewski, P.C.