UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:        JOSE L. LINARES                        Date:    04/18/2019
Court Reporter:    PHYLLIS LEWIS                     Docket No: 2:16-407 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
NATHAN BRADLEY MONTGOMERY

Appearances:

Nicholas Grippo, AUSA
Brandon Minde, Attorney for Defendant
Adriana O'Hara, USPO

Nature of Proceedings:

SENTENCE:   12 Months + 1 Day on Count 1 of the Information
Supervised Release: 3 Years on Count 1 of the Information
SPECIAL CONDITIONS:
   • No Drugs
   • Full Financial Disclosure
   • Occupational Restriction
   • Mental Health Treatment
   • Self-Employment/Business Disclosure
Special Assessment:    $100.00 (due immediately)
Fine: Waived
Forfeiture Order to be filed
Deft. advised of his right to appeal
Recommendation to BOP:   a facility for service of this sentence in Arizona
Court ORDERED Deft to surrender by 05/29/19 at or before Noon

Commenced: 10:00 am
Concluded:    11:06 am

*Lissette Rodriguez*, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.