UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

v.

NATHAN B. MONTGOMERY

                Defendant.
---------------------------------------------------------x

Docket No.
16-407 (JLL)

**NOTICE OF MOTION
TO ADMIT
MATTHEW J. LOMBARD, ESQ.
*PRO HAC VICE***

## MOTION TO ADMIT MATTHEW J. LOMBARD *PRO HAC VICE*

I, Brian Neary, pursuant to Local Rule 101(c), move that Matthew J. Lombard be admitted as a member of the bar of this Court *pro hac vice* for the purpose of representing the defendant Nathan B. Montgomery, in all matters relating to the above-captioned case. In support of this Motion, the Certificate of Attorney of Matthew J. Lombard is attached. Mr. Lombard is licensed to practice law in the State of California as well as before the United States District Courts for the Central District of California; the Southern District of California and the United States Court of Appeals for the Ninth Circuit. Mr. Lombard certifies (1) that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (3) that he has not previously had a *pro hac vice* admission to this Court revoked for misconduct and (4) that he is familiar with the Rules of this Court.

                              Respectfully submitted,

                              BRIAN J. NEARY

Dated: May 24, 2019

## Certificate of Service

I hereby certify that on May __, 2019, a true and accurate copy of the foregoing will be served electronically via the ECF on all counsel of record receiving electronic notifications, and that all parties not receiving electronic notifications will be served via first class U.S. mail, postage prepaid.