UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x

UNITED STATES OF AMERICA,

                      Plaintiff,

v.

NATHAN B. MONTGOMERY

                      Defendant.

---------------------------------------------------------x

Docket No.
16-407 (JLL)

**CERTIFICATION OF
MATTHEW J. LOMBARD, ESQ.
*PRO HAC VICE***

## CERTIFICATION OF MATTHEW J. LOMBARD

I, Matthew J. Lombard, depose and state as follows:

1. I am a lawyer in the law offices of Matthew J. Lombard, practicing in Los Angeles, California. I am licensed to practice law in the State of California, as well as before the United States District Courts for the Southern and Central Districts of California and the United States Court of Appeals for the Ninth Circuit. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I have not been denied admission to the bar of any jurisdiction. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct. A Certificate of Good Standing is attached hereto.

2. I have received a copy of, and am familiar with, the Local Rules of this Court. In order to ensure compliance with the Local Rules, I am working in cooperation with local counsel, Brian J. Neary, a member of the bar of this Court.

3. This Certification is made pursuant to Local Rule 101(c), in support of a Motion for Admission *Pro Hac Vice*, which is being filed so that I may appear in all matters relating to the above-referenced case on behalf of the defendant, Nathan B. Montgomery.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

New Jersey this 23 day of May, 2019.

MATTHEW J. LOMBARD
Law Offices of Matthew J. Lombard
11400 West Olympic Bl., #1500
Los Angeles, California 90064
Tel: (424) 371-5930

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 9, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW JACKSON LOMBARD, #239910 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records