# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal No. 16-407 (JLL) JMV |
| vs. | : | ORDER |
| NATHAN B. MONTGOMERY | : | |
| Defendant. | : | |

**THIS MATTER** having been brought before the Court on application of Brian J. Neary, Esq., and Matthew J. Lombard, counsel for the Defendant, Nathan B. Montgomery to delay the surrender date until July 31, 2019, 2019;

**AND** with the United States, (Nicholas Grippo, Assistant US Attorney, appearing) consenting to this request;

**AND** for good cause shown;

**IT IS ON THIS** 14th day of June, 2019,

**ORDERED** that the defendant, Nathan Montgomery be granted an extension of his surrender date from **June 28, 2019 until July 31, 2019.**

DATED: June 14, 2019

_____
John Michael Vazquez,
**United States District Judge**